**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN KAKOWSKI, | ) |
|     Plaintiff, | ) |
|     v. | )    3:14-cv-413-RCJ-WGC |
| GREG SMITH et al., | )    **ORDER** |
|     Defendants. | ) |

## I.  DISCUSSION

On October 7, 2014, this Court entered an order giving Plaintiff the option to seek voluntary dismissal of this case, without prejudice, to finish the grievance process and/or await extradition to California. (ECF No. 10 at 2). On October 14, 2014, Plaintiff filed a motion with the Court indicating that he wishes to voluntarily dismiss this case. (ECF No. 11 at 1). Plaintiff requests a copy of his original complaint, exhibits, and an application to proceed *in forma pauperis*. (*Id.*). The Court grants Plaintiff's motion to voluntarily dismiss this case.

## II.  CONCLUSION

For the foregoing reasons, IT IS ORDERED that the application to proceed *in forma pauperis* (ECF No. 1) is denied as moot.

IT IS FURTHER ORDERED that the motion for appointment of counsel (ECF No. 5) is denied as moot.

IT IS FURTHER ORDERED that the motion for voluntary dismissal (ECF No. 11) is granted. This case is dismissed in its entirety, without prejudice, pursuant to Plaintiff's voluntary dismissal of the case.

IT IS FURTHER ORDERED that the Clerk of the Court shall send Plaintiff a copy of his complaint (ECF No. 1-1).

1     IT IS FURTHER ORDERED that the Clerk of the Court shall send Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

    The Clerk of the Court shall enter judgment accordingly.

DATED: This  21st  day of October, 2014.

                                                  _____
                                                  United States District Judge