UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRIAN KAKOWSKI, | ) | |
| Plaintiff, | ) | |
| v. | ) | 3:14-cv-413-RCJ-WGC |
| GREG SMITH et al., | ) | **ORDER** |
| Defendants. | ) | |
| _____ | ) | |

**I.    DISCUSSION**

On October 21, 2014, this Court granted Plaintiff's motion to voluntarily dismiss this case. (ECF No. 12). On May 21, 2015, Plaintiff filed a motion asking this Court to acknowledge that it had a copy of Plaintiff's previously filed exhibits because he was going to file a new case and direct this Court to refer to those exhibits. (ECF No. 18). The Court grants the motion in part and denies it in part. The Court acknowledges that it has received Plaintiff's previously filed exhibits. (*See* ECF No. 4). However, the Court will not refer back to the exhibits in this closed case when Plaintiff initiates a new case. Instead, the Court directs the Clerk of the Court to send Plaintiff a copy of his exhibits. Plaintiff shall file his exhibits in his new case.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for Court to acknowledge having exhibits (ECF No. 18) is granted in part and denied in part.

IT IS FURTHER ORDERED that the Clerk of the Court shall send Plaintiff a copy of his exhibits (ECF No. 4).

///

IT IS FURTHER ORDERED that Plaintiff shall file his exhibits in his new case when he initiates one.

Dated: June 1, 2015.

_____
United States District Judge